UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Christina W. France,**

    **Plaintiff,**

    v.                        Case No. 2:19–cv–5028

                         Judge Michael H. Watson

**Commissioner of**        Magistrate Judge Jolson
**Social Security,**

    **Defendant.**

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act ("EAJA") in this social security case.  ECF No. 16.  Pursuant to that stipulation, Plaintiff is awarded the sum of $3,129.50 in fees and no costs.  The award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412.  Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010).  If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

    **IT IS SO ORDERED.**

                                    */s/ Michael H. Watson*
                                    **MICHAEL H. WATSON, JUDGE**
                                    **UNITED STATES DISTRICT COURT**